W. D. DICKINSON, Trustee for Cherokee Public Service Co., Bankrupt, et al., Appellants, v. Ed BLIEDEN, Trustee for S. R. Morgan, Bankrupt, et al.

No. 11251.

Circuit Court of Appeals, Eighth Circuit.

July 6, 1938.

J. A. Tellier, of Little Rock, Ark., for appellants.

D. D. Panich and J. W. House, both of Little Rock, Ark., for appellees.

PER CURIAM.

Petition for allowance of appeal from United States District Court denied.

William DOWNS, by the Fifth-Third Union Trust Company, a Corporation under the Laws of the State of Ohio, Guardian, Appellant, v. The UNITED STATES of America, Appellee.

No. 7759.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

Shook, Davies, Hoover & Beall, of Cincinnati, Ohio, for appellant.

Francis C. Canny, U. S. Atty., of Cincinnati, Ohio.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

The court being of the opinion that the letter dated March 23, 1933, from the Veterans Administration to the Fifth-Third Union Trust Company, Guardian, did not constitute a denial of the claim sued on (Section 19 of the World War Veterans' Act 1924, as amended by Act July 3, 1930, 38 U.S.C. § 445, 38 U.S.C.A. § 445; Act June 29, 1936, ch. 867, § 404, 49 Stat. 2034, 38 U.S.C. § 445d, 38 U.S.C.A. § 445d) so as to confer jurisdiction of this cause upon the District Court, it is therefore ordered and adjudged that the order appealed from be and the same is affirmed.

The court, for the reasons indicated, being without jurisdiction to consider it, does not pass upon the question whether appellant's claim is barred by the pertinent provisions of the statute of limitations (Sec. 445, Tit. 38 U.S.C., 38 U.S.C.A. § 445).

EMPLOYERS LIABILITY ASSURANCE CORPORATION, LIMITED, OF LONDON, ENGLAND, Appellant, v. JEWELL & SHERMAN COMPANY.

No. 11288.

Circuit Court of Appeals, Eighth Circuit.

Aug. 18, 1938.

James R. Sullivan, of Kansas City, Mo., for appellant.

J. M. Fisher, F. E. Whitten, and Chet A. Keyes, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed with costs on dismissal by appellant and consent of appellee.